USCA1 Opinion

 

 January 9, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 94-1787 JACQUELINE A. FROST, Plaintiff, Appellant, v. WYETH AYERST LABORATORIES, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy J. Gertner, U.S. District Judge] ___________________ ___________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ___________________ Jacqueline A. Frost on brief pro se. ___________________ __________________ __________________ Per Curiam. We affirm the dismissal of plaintiff's ___________ action for the reasons stated in the district court's June 16, 1994 memorandum and order. Affirmed. ________ -2-